# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3218

_____

| | | |
|---|---|---|
| Frances Renee Miller/Perry, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Arkansas Department of Correction, | * | **[UNPUBLISHED]** |
| et al., | * | |
| Appellees. | * | |

_____

Submitted: April 30, 2010
Filed: May 5, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Frances Miller/Perry appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action against the Arkansas Department of Correction and four of its correctional employees. After careful review of the record and the parties' briefs, we conclude that dismissal was proper for the reasons stated in the Proposed

_____

[1]The HONORABLE JAMES M. MOODY, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE HENRY L. JONES, JR., United States Magistrate Judge for the Eastern District of Arkansas, now retired.

Findings and Recommendations adopted by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____